# United States District Court
## Southern District of Georgia

JOEY JONES,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV116-067

DOCTOR URLICH, Augusta State Medical Prison,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on November 15, 2016, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, this case is DISMISSED without prejudice and stands CLOSED.



November 15, 2016
Date

Scott L. Poff
Clerk

_(signature)_
(By) Deputy Clerk